In the United States District Court
Western District

Leslie Blakey  
(Petitioner)

Civil Action 10-857

v.

State Attorney General
Pennsylvania
(Respondant)

Judge Gary Lancaster

## Motion For Speedily Response

And Now, comes Leslie Blakey (Pro-se) Requesting the Court grant his motion for Speedily Response.

On October 4th the honorable Judge Dismissed the petitioners' habeas corpus. The Judge felt the Petitioner did not exhaust his Remedies. The Petitioner had Filed a PCRA on March 19, 2010 which the Commonwealth Refused to Respond to because of the Nature of the PCRA. The Petitioner is Requesting the Court order the Commonwealth to Respond to the PCRA otherwise they will never Respond and continue to violate the Petitioners' 14th Amendment Right to due Process.

AND NOW, THIS 13th DAY OF Oct 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE