IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT

LESLIE BLAKEY
(PETITIONER)

CIVIL ACTION 10-857

v

state attorney general
of Pennsylvania

Judge Gary Lancaster

MOTION FOR RECONSIDERATION

This honorable Judge dismissed the petitioners' Habeas Corpus. Since it is the Judges Discression to dismiss all or part of a Habeas Corpus. The petitioner request a certificate of appealibility on just the search warrant since the petitioner has exhausted his state remedies on that issue by raising it in both Superior and Supreme Court. The petitioner was denied on December 9th 2009, so is still within his one year.

AND NOW, THIS 18th DAY OF Oct 2010, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

2010 OCT 14 PM 1:34

FILED